# MMP&S

## MILBER MAKRIS PLOUSADIS & SEIDEN, LLP

ATTORNEYS AT LAW
1000 WOODBURY ROAD    SUITE 402    WOODBURY, NY 11797
TELEPHONE: 516.712.4000    FAX: 516.712.4013
HTTP://WWW.MILBERMAKRIS.COM

June 19, 2026

**VIA ECF, CERTIFIED MAIL, FAX:**

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
Room 1050
New York, New York 10007
Fax: (212) 805-7942

The status conference currently scheduled for June 26, 2026 is adjourned to August 28, 2026 at 10:00am. Dial-in information will be made available in advance.
SO ORDERED.
/s/ Alvin K. Hellerstein, U.S.D.J.
6/22/2026

Re:    ***Great Northern Insurance Company v. Riedel Contracting, Inc., et al.***
Case No.      : 1:24-cv-09507-AKH
File No.        : 1301-30105

Dear Judge Hellerstein:

We represent defendant **RIEDEL CONTRACTING, INC.** (hereinafter "Riedel") in the above-referenced action. Pursuant to the Court's Individual Rules Nos. 1.A. and 1.D., the purpose of this joint letter is to request an adjournment of the upcoming telephone Conference dated June 26, 2026, before Your Honor.

As this court is aware, Riedel has commenced a Third-Party Action in this matter and was recently issued Summons by this court on June 17, 2026. To allow sufficient time for the Third-Party Defendants to answer, the parties respectfully request an adjournment of the scheduled conference. This is the first request for an adjournment. There are no other dates currently scheduled after the June 26, 2026, conference date. Should the Court grant the parties' requested adjournment, the parties are available on the following dates:

1. August 24, 2026;
2. August 26, 2026; and
3. August 28, 2026.

We thank the Court for its time and consideration.

Very truly yours,

*Marianne N. Schott*

Marianne N. Schott, Esq.

cc : all counsel of record (via ECF)

WOODBURY, NEW YORK    ▪    PURCHASE, NEW YORK

NEW JERSEY    ▪    CONNECTICUT    ▪    FLORIDA    ▪    PENNSYLVANIA